**Kevin L. CHOICE, Plaintiff–Appellant,**

v.

**SUMTER COUNTY CORRECTIONAL CENTER; Simon Major, Director of the Jail, Defendants–Appellees.**

No. 01–6184.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Kevin L. Choice, pro se. John Evans James, III, Richardson & James, Sumter, SC, for appellees.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Kevin L. Choice appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Choice v. Sumter County Corr. Ctr.,* No. CA–99–1860–0–18BD (D.S.C. filed Jan. 4, 2001; entered Jan. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*